## Commonwealth *v.* McElveen, Appellant.

Submitted March 19, 1973. *Lawrence F. Corson*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The sentence of one to three years on bill No. 58, February Term, 1972, exceeds the statutory limit (18 P.S. §4716). Record remanded for resentence on bill No. 58. Judgment of sentence on bills at No. 59 and 60, February Term, 1972 affirmed.

## Commonwealth *v.* Showalter, Appellant.

Submitted September 12, 1972. *Edward F. Browne, Jr.*, Assistant Public Defender, for appellant; *George T. Brubaker*, Assistant District Attorney, and *Henry J. Rutherford*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.